USDC KYWD - Minute Order (Rev. 11/11)

U. S. DISTRICT COURT
LOUISVILLE, KY

# United States District Court
## Western District of Kentucky
### at Louisville

DATE: 2-6-12
BY: /s/ Smallwood
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO. 3:12MJ-34 |
| BRENDON CUEVAS | DEFENDANT |

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ FEB - 9 2012 ★
BROOKLYN OFFICE

## ORDER ON INITIAL APPEARANCE AND REMOVAL HEARING

The above-styled case came before the Honorable James D. Moyer, United States Magistrate Judge and was called in open Court on January 31, 2012 to conduct an initial appearance and removal proceedings on a complaint and warrant from the Eastern District of New York.

### APPEARANCES

| | |
|---|---|
| For the United States: | Jo Ellen Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, Brendon Cuevas - Present and in custody |
| | Laura R. Wyrosdick - Asst. Federal Defender - Appointed - Present |
| Court Reporter: | Digitally Recorded Proceedings |

At the initial appearance the defendant acknowledged his identity, was furnished with a copy of the complaint and warrant from the Eastern District of New York, was advised of the nature of the charges contained therein and was advised of his rights. The defendant was questioned under oath regarding his ability to afford counsel and it was determined that he was eligible for appointment of counsel. The court will appoint the Office of the Federal Defender. Laura Wyrosdick, Assistant Federal Defender, was present in the courtroom and excepted the appointment.

Through counsel, the defendant executed a waiver of Rule 5 & 5.1 hearings and requested any further hearings to be held in the prosecuting District. Accordingly,

**IT IS HEREBY ORDERED** that the defendant be **remanded** to the custody of the U.S. Marshal Service pending transport to the Eastern District of New York for further proceedings.

This 1st day of February, 2012

ENTERED BY ORDER OF THE COURT:
JAMES D. MOYER
UNITED STATES MAGISTRATE JUDGE
VANESSA L. ARMSTRONG, CLERK
BY: /s/ Kathryn D. Niemann
Kathryn D. Niemann - Deputy Clerk

Copies: U.S. Attorney
U.S. Probation
U.S. Marshal
Counsel for Defendant

0|5

Case 2:12-cr-00144-DRH-ARL   Document 3   Filed 02/09/12   Page 2 of 5 PageID #: 9

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY.
DATE: 8-6-12
BY: Smallwood
Deputy Clerk

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

FILED
12 JAN 31 PM 3:40

UNITED STATES OF AMERICA

v.

BRENDON CUEVAS

FILED
IN CLERKS OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ FEB - 9 2012 ★
BROOKLYN OFFICE

WDKy # 3:12MJ-34

MJ-12-0101

## WARRANT FOR ARREST

CASE NUMBER:

DEFENDANT.

TO: SPECIAL AGENT DANIELLE MESSINEO, FBI , and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest **BRENDON CUEVAS**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
**TRANSPORTATION OF CHILD PORNOGRAPHY**

In violation of Title 18 United States Code, Section(s) 2252 (A) (1)

GARY R. BROWN                          U.S. MAGISTRATE JUDGE
Name of Issuing Officer                 Title of Issuing Officer

[signature]                             JANUARY 30, 2012 - CENTRAL ISLIP, NY
Signature of Issuing Officer            Date and Location
Bail fixed at $ _____                 By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at LOUISVILLE, KY FEDERAL COURT |

| DATE RECEIVED 01-31-2012 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01-31-2012 | G.H. LOFTIN / DUSM | [signature] |



# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

DATE: 2-6-12
BY: /s/ Wallenox
Deputy Clerk

IN THE CASE OF USA vs. Brendon CUEVAS

MJ-12-0101

- [ ] MAGISTRATE
- [ ] DISTRICT
- [ ] APPEALS COURT or
- [ ] OTHER PANEL (Specify below)

FOR: WDKY
AT: Louisville, KY

12 JAN 31 PM 3:40

LOCATION NUMBER: 6443

PERSON REPRESENTED (Show your full name)

1. [x] Defendant – Adult
2. [ ] Defendant – Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [ ] Material Witness
9. [ ] Other (Specify)

DOCKET NUMBERS
Magistrate: 3:12MJ-34
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) [x] Felony  [ ] Misdemeanor

18:2252

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ FEB - 9 2012 ★ BROOKLYN OFFICE

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? [ ] Yes  [x] No  [ ] Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? [ ] Yes  [ ] No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [x] No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account [ ] Yes [x] No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes  [x] No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: [x] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1-31-12

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Brendon Cuevas

(4)

Case 2:12-cr-00144-DRH-ARL   Document 3   Filed 02/09/12   Page 4 of 5 PageID #: 11
Feb. 2. 2012 10:04AM    Grayson County Detention             No. 3042   P. 2
02/02/2012            Case 3:12-mj-00034-JDM   Document 4   Filed 02/02/12   Page 1 of 1 PageID #: 10
                                              US DISTRICT COURT KY       → FEDERAL DEFENDER   ☒002/002

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

United States of America )
v. ) Case No. 3:12MJ-34
Brendon Cuevas )
_____ ) Charging District's Case No. MJ-12-0101
Defendant )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the (name of other court) Eastern District of New York.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1/31/12

_____
Defendant's signature

_____
Signature of defendant's attorney

Laura Wyrosdick
Printed name of defendant's attorney

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK WESTERN
DISTRICT OF KENTUCKY
106 WEST BROADWAY
LOUISVILLE, KENTUCKY 40202
(502) 625-3500



**Vanessa
Armstrong Clerk
of Court**

James Vilt
Chief Deputy
Clerk

February 6, 2012

U.S. District Court Clerk
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Brendon Cuevas</u>
        Our Case No: 3:12MJ-34

        Your Case No: MJ-12-0101

Dear Clerk:

  The above listed defendant was arrested in this district on your warrant. Enclosed is a certified copy of the transfer order and any sealed and/or unscanned documents. **The case is electronic and documents may be retrieved at https://ecf.kywd.uscourts.gov using your PACER login.**

  If you should have any questions, please contact this office at (502) 625-3551.

                                Vanessa Armstrong, Clerk of Court

                                By: s/S Smallwood
                                    Deputy Clerk